| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | SHERRY T RICHARDS | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA FOURTH DIVISION | | |
| Case number | 17-40490 | | |
| (if known) | | | |

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ 156,766.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................
   $ 102,478.50
   ~~98,103.50~~

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ 259,244.50

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*
   $ 152,789.00
   ~~146,245.00~~

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $ 23,887.00

   **Your total liabilities** $ 176,676.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................
   $ 4,275.00
   ~~4,387.00~~

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................
   $ 4,025.00
   ~~4,076.00~~

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

Debtor 1   SHERRY T RICHARDS                           Case number *(if known)*  17-40490

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ _____ 2,892.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SHERRY | T | RICHARDS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA FOURTH DIVISION

Case number 17-40490
(if known)

☑ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:     Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 4330 LOGAN AVENUE NORTH MINNEAPOLIS, MN 55412  HENNEPIN County<br>Homestead<br><br>Legally described as:<br>Lot 29, Block 2, Thrall-McKenzie Co's Oxford Manor, Hennepin County, Minnesota<br><br>FMV: Market Analysis Nov. 2016 - $156,766<br>Line from *Schedule A/B*: 1.1 | $156,766.00 | ☑ $28,608.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. §§ 510.01, 510.02 |
| ~~1998 Ford Expedition 151,000 miles NADA - clean retail~~<br>Line from *Schedule A/B*: 3.2 | ~~$3,350.00~~ | ☑ ~~$3,350.00~~<br>☐ 100% of fair market value, up to any applicable statutory limit | ~~Minn. Stat. § 550.37 subd. 12a~~ |
| 2003 Chevrolet Tahoe 170,000 miles NADA - clean retail<br>Line from *Schedule A/B*: 3.3 | $7,125.00 | ☑ $581.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 12a |
| Refrigerator $800; Stove $650; Washer/Dryer $500<br>Line from *Schedule A/B*: 6.1 | $975.00 | ☑ $975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(b) |

Debtor 1   SHERRY T RICHARDS                                  Case number (if known)   17-40490

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Dining room furniture $500; Patio furniture $300; Bedroom furniture $1500; Living room furniture $1000<br>Line from *Schedule A/B*: 6.2 | $1,650.00 | ☑<br>☐ | $1,650.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(b) |
| TV<br>Line from *Schedule A/B*: 7.4 | $500.00 | ☑<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(b) |
| Clothes<br>Line from *Schedule A/B*: 11.1 | $200.00 | ☑<br>☐ | $200.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(a) |
| Wedding ring<br>Line from *Schedule A/B*: 12.1 | $200.00 | ☑<br>☐ | $200.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(c) |
| Watch<br>Line from *Schedule A/B*: 12.2 | $25.00 | ☑<br>☐ | $25.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 4(a) |
| Child support: Debtor is owed approximately $68,692 in back child support<br>Line from *Schedule A/B*: 29.1 | $68,692.00 | ☑<br>☐ | $68,692.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 15 |
| Earned, but unpaid wages (estimated)<br>Line from *Schedule A/B*: 30.1 | $500.00 | ☑<br>☐ | $375.00<br>100% of fair market value, up to any applicable statutory limit | 15 U.S.C. § 1673 |
| Term life insurance through current employer - no cash value Beneficiary: Spouse<br>Line from *Schedule A/B*: 31.1 | $1.00 | ☑<br>☐ | $1.00<br>100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37 subd. 23 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bkry Case No: 17-40490 |
| Sherry Richards | Chapter 13 |
| Debtor(s). | **UNSWORN CERTIFICATE OF SERVICE** |

I, Melissa Matthews, employed by Hoglund, Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on April 18, 2017, I served the amended Summary of Assets and Liabilities and amended Schedule C to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Sherry Richards
4330 Logan Avenue North
Minneapolis, MN 55412

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 18, 2017

Signed: /e/ Melissa Matthews
        Paralegal

```
Label Matrix for local noticing          CREDIT ACCEPTANCE CORP.              Minneapolis
0864-4                                    Stewart Zlimen and Jungers           301 U.S. Courthouse
Case 17-40490                             2277 Highway 36 West                  300 South Fourth Street
District of Minnesota                     Ste 100                               Minneapolis, MN 55415-1320
Minneapolis                               Roseville, MN 55113-3896
Tue Apr 18 09:54:17 CDT 2017

ABBOTT NORTHWESTERN HOSPITAL              ALLINA HEALTH                        AMAZON/SYNCHRONY BANK
800 E 28TH ST                             2925 CHICAGO AVE                     PO BOX 960013
MINNEAPOLIS MN 55407-3799                 MINNEAPOLIS MN 55407-1321            ORLANDO FL 32896-0013


AMERICAN ACCOUNTS & ADVISERS INC          ASOOC SKIN CARE SPECIALISTS          AmeriCredit Financial Services, Inc. dba GM
7460 80TH ST S                            7205 UNIVERSITY AVE NE               P O Box 183853
COTTAGE GROVE MN 55016-3007               FRIDLEY MN 55432-3134                Arlington, TX 76096-3853


CAPITAL ONE BANK USA NA                   CENTERPOINT ENERGY                   CLIENT SERVICES INC
PO BOX 30285                              PO BOX 4671                          3451 HARRY S TRUMAN BLVD
SALT LAKE CITY UT 84130-0285              HOUSTON TX 77210-4671                SAINT CHARLES MO 63301-9816


CONSULTING RADIOLOGISTS LTD               CREDIT FIRST N A                     Credit Acceptance
1221 NICOLLET MALL STE 600                PO BOX 818011                        25505 West Twelve Mile Rd
MINNEAPOLIS MN 55403-2444                 CLEVELAND, OH 44181-8011             Suite 3000
                                                                               Southfield, MI 48034-8331

DISH NETWORK LLC                          DIVERSIFIED ADJUSTMENT SERVICES INC  EXPRESS/COMENITY BANK
PO BOX 94063                              PO BOX 32145                         ATTN BANKRUPTCY DEPT
PALATINE IL 60094-4063                    FRIDLEY MN 55432-0145                PO BOX 182125
                                                                               COLUMBUS OH 43218-2125

FIRESTONE COMPLETE                        GERALD RICHARDS                      GM FINANCIAL
3451 HARRY S TRUMAN BLVD                  4330 LOGAN AVE N                     PO BOX 183593
SAINT CHARLES MO 63301-4047               MINNEAPOLIS MN 55412-1230            ARLINGTON TX 76096-3593


(p)GUARANTY BANK                          HENNEPIN COUNTY MEDICAL CENTER       HOSPITAL PATHOLOGY ASSOCIATES
4000 W BROWN DEER ROAD                    730 S 8TH ST                         2800 10TH AVE S STE 2200
LOAN ADMINISTRATION                       MINNEAPOLIS MN 55415                 MINNEAPOLIS MN 55407-1311
BROWN DEER WI 53209-1221


Hennepin County Treasurer                 IC SYSTEMS INC                       INFECTIOUS DISEASE CONSULTANTS
A600 Government Center                    444 HWY 96 E                         11676 WAYZATA BLVD
300 S 6th Street                          PO BOX 64378                         HOPKINS MN 55305-2009
Minneapolis, MN 55487-0999                SAINT PAUL MN 55164-0378


INTERMED CONSULTANTS                      IRS                                  KIDNEY SPECIALIST OF MN
6200 SHINGLE CREEK                        PO BOX 7346                          6200 SHING CREEK PKWY
STE 260                                   PHILADELPHIA PA 19101-7346           BROOKLYN CENTER MN 55430-2128
MINNEAPOLIS MN 55430-2128
```

```
KOHLS                              LABCORP                            LABORTARY CORPORATION OF AMERICA
PO BOX 3043                        PO BOX 55126                       PO BOX 2240
MILWAUKEE WI 53201-3043            BOSTON MA 02205-5126               BURLINGTON NC 27216-2240



LANDIS PLASTIC SURGERY             MAURICES/COMENITY BANK             MESSERLI & KRAMER PA
PO BOX 667                         ATTN BANKRUPTCY DEPT               3033 CAMPUS DR STE 250
CIRCLE PINES MN 55014-0667         PO BOX 182125                      PLYMOUTH MN 55441-2662
                                   COLUMBUS OH 43218-2125



MIDLAND CREDIT MANAGEMENT INC      MIDLAND FUNDING LLC                MINNEAPOLIS CARDIOLOGY ASSOCIATES
8875 AERO DR STE 200               2365 NORTHSIDE DR STE 300          800 E 28TH ST
SAN DIEGO CA 92123-2255            SAN DIEGO CA 92108-2709            #H2100
                                                                      MINNEAPOLIS MN 55407-3723



MINNEAPOLIS CLINIC OF NEUROLOGY    MINNEGASCO                         MINNESOTA EPILEPSY GROUP
3400 W 66TH ST                     PO BOX 4671                        C/O
EDINA MN 55435-2109                HOUSTON TX 77210-4671              AMERICAN ACCOUNTS & ADVISERS
                                                                      7460 80TH ST S
                                                                      COTTAGE GROVE MN 55016-3007



MINNESOTA GASTROENTEROLOGY         MINNESOTA LUNG CENTER              MINNESOTA ONCOLOGY
2200 UNIVERSITY AVE W STE 120      7450 FRANE AVE S                   1175 PAYSHERE CIRCLE
SAINT PAUL MN 55114-1920           STE 103                            CHICAGO IL 60674-0011
                                   MINNEAPOLIS MN 55435-4783



MN DEPARTMENT OF REVENUE           MULTICARE ASSOCIATES               NEW YORK & CO/COMENITY BANK
BANKRUPTCY SECTION                 11855 ULYSSES ST NE STE 110        ATTN BANKRUPTCY DEPT
PO BOX 64447                       BLAINE MN 55434-3948               PO BOX 182125
SAINT PAUL MN 55164-0447                                              COLUMBUS OH 43218-2125



NORTH MEMORIAL HOSPITAL            NORTHPOINT HEALTH & WELLNESS CTR   NORTHWEST ANESTHESIA PA
PO BOX 1477                        PO BOX 86 SDS 12-2445              2828 CHICAGO AVE S
MINNEAPOLIS MN 55440-1477          MINNEAPOLIS MN 55486-0086          STE 300
                                                                      MINNEAPOLIS MN 55407-1573



Quantum3 Group LLC as agent for    Quantum3 Group LLC as agent for    RELIANCE RECOVERIES
Comenity Bank                      JH Portfolio Debt Equities LLC     6160 SUMMIT DR STE 420
PO Box 788                         PO Box 788                         BROOKLYN CENTER MN 55430-2149
Kirkland, WA  98083-0788           Kirkland, WA  98083-0788



STATEBRIDGE COMPANY LLC            SURGICAL SPECIALISTS               TRANSWORLD SYSTEMS
5680 GREENWOOD PLZ BLVD STE 100S   5354 EDGEWOOD DRIVE                507 PRUDENTIAL RD
ENGLEWOOD CO 80111-2404            MOUNDS MN 55112-1402               HORSHAM PA 19044-2308



TWIN CITIES ORTHOPEDICS            US Trustee                         VERIZON WIRELESS
2155 FORD PKWY                     1015 US Courthouse                 PO BOX 25505
SAINT PAUL MN 55116-1862           300 S 4th St                       LEHIGH VALLEY PA 18002-5505
                                   Minneapolis, MN 55415-3070
```

```
VICTORIAS SECRET/COMENITY BANK       XCEL ENERGY                              Xcel Energy North
ATTN BANKRUPTCY DEPT                 PO BOX 9477                              by American InfoSource LP as agent
PO BOX 182125                        MINNEAPOLIS MN 55484-0001                PO Box 268872
COLUMBUS OH 43218-2125                                                        Oklahoma City, OK  73126-8872


Gregory A Burrell                    Robert J. Hoglund                        SHERRY T RICHARDS
100 South Fifth Street               Hoglund, Chwialkowski & Mrozik, PLLC     4330 LOGAN AVE N
Suite 480                            1781 West County Road B                  MINNEAPOLIS, MN 55412-1230
Minneapolis, MN 55402-1250           P.O. Box 130938
                                     Roseville, MN 55113-0019
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GUARANTY BANK                        End of Label Matrix
4000 W BROWN DEER ROAD               Mailable recipients    65
BROWN DEER WI 53209                  Bypassed recipients     0
                                     Total                  65
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>Sherry T. Richards,<br><br>Debtor(s). | Bankruptcy Case Number: 17-40490<br><br>**SIGNATURE DECLARATION** |

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
(X) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER:

I (we), the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-references case is true and correct;
3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;
4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;
5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and
6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 4-17-17

/s/ Sherry Richards
Signature of Debtor 1 or Authorized Representative

Sherry T. Richards
Printed Name of Debtor 1 or Authorized Representative

Signature of Debtor 2

Printed Name of Debtor 2

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ *Robert J. Hoglund*
Robert J. Hoglund    #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

signdec